KAZEROUNI LAW GROUP, APC
Abbas Kazerounian, Esq. (249203)
ak@kazlg.com
Matthew M. Loker, Esq. (279939)
ml@kazlg.com
Elizabeth A. Wagner, Esq. (317098)
elizabeth@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

HYDE & SWIGART
Joshua B. Swigart, Esq. (225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

*Attorneys for Plaintiff*,
Cinnamon Sims

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **CINNAMON SIMS,**<br><br>Plaintiff,<br><br>v.<br><br>**PEAK LEGAL ADVOCATES; SENTRY SERVICING, LLC; ROBERT B. KATZ & ASSOCIATES, INC.; DEBT PAY GATEWAY, INC.; AND, VERITAS LEGAL PLAN, INC.,**<br><br>Defendants. | **Case No.:** 8:18-cv-01199-JVS-KES<br><br>**PROOF OF SERVICE OF SUMMONS**<br><br>**HON. JAMES V. SELNA** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:18-CV-01199-JVS-KES

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Peak Legal Advocates
was received by me on *(date)* 07/20/2018 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Jeff Jenkins, Store Manager , who is
designated by law to accept service of process on behalf of *(name of organization)* Peak Legal Advocates
on *(date)* 07/25/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ 65.00 for services, for a total of $ 65.00 .

I declare under penalty of perjury that this information is true.

Date: 07/26/2018

*Server's signature*

Robert George Lang/ Process Server
*Printed name and title*

Los Angeles County #LA 2016027693
P.O. Box 1568 Riverside, CA 92502

*Server's address*

Additional information regarding attempted service, etc: