JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| CINNAMON SIMS, | Case No. SACV18-01199-DFM |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |
| PEAK LEGAL ADVOCATES., et al., | |
| Defendants. | |

The Court having been advised by Plaintiff's counsel that the above-entitled action has been settled,

IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice to the right, upon good cause being shown within 60 days, to reopen the action if settlement is not consummated. All hearing dates are vacated and taken off calendar.

Dated: May 1, 2017

DOUGLAS F. McCORMICK
United States Magistrate Judge